UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JOHN E. MILLEN, | ) | |
| Plaintiff, | ) | No.  CV-10-0001-CI |
| | ) | |
| v. | ) | ORDER GRANTING STIPULATED |
| | ) | MOTION FOR REMAND PURSUANT |
| MICHAEL J. ASTRUE, | ) | TO SENTENCE FOUR OF 42 |
| Commissioner of Social | ) | U.S.C. § 405(g) |
| Security, | ) | |
| Defendant. | ) | |

BEFORE THE COURT is the parties' stipulated Motion for remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 15.)  Attorney Maureen Rosette represents Plaintiff John E. Millen; Special Assistant United States Attorney Richard A. Morris represents Defendant.  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 5.)  After considering the stipulation of the parties,

**IT IS ORDERED:**

1.   The parties' stipulated Motion for Remand **(Ct. Rec. 15)** is **GRANTED**.  The above-captioned case shall be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Administrative Law Judge will consider further the evidence and determine whether Plaintiff had medical improvement related to his ability to work; will assess a new residual functional capacity for the period after April 1, 2009; and, if

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

warranted, obtain supplemental vocational expert evidence. Plaintiff may present new arguments and further medical evidence if such evidence becomes available.

2.    Judgment shall be entered for the **PLAINTIFF**.

3.    Plaintiff's Motion for Summary Judgment (**Ct. Rec. 10**) is dismissed as moot.

4.    An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED October 18, 2010.


        _____S/ CYNTHIA IMBROGNO_____
        UNITED STATES MAGISTRATE JUDGE